# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF PENNSYLVANIA
### JOHNSTOWN DIVISION

| | |
|---|---|
| BEDFORD COUNTY<br><br>               *Plaintiff,*<br><br>vs.<br><br>ZS ASSOCIATES, INC.<br><br>               *Defendant.* | **Case No.:**   3:22-cv-21 |

## **PROPOSED ORDER**

This matter comes before the Court on Plaintiffs' Motion to File Unredacted Complaint Under Seal (Dkt. No. 2). Upon consideration of Plaintiffs' Motion, it is hereby:

ORDERED that the Motion is GRANTED, and Plaintiffs may file the unredacted version of their Complaint under seal pending final determination of whether the redacted portions of the Complaint meet the requirements for sealing.

SO ORDERED.

*[signature]*
_____
United States District Judge
United States District Court for the Western
District of Pennsylvania

Date: Feb. 9, 2022